UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

GLORIA D. WISEMAN                                         Civil Action No. 1:16-cv-07587

        Plaintiff,                                          **Rule 7.1 Statement**

~ against ~

ING GROEP, N.V., VOYA FINANCIAL; and
RELIASTAR LIFE INSURANCE COMPANY
OF NEW YORK;

        Defendants

------------------------------------------------------------x

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Glorida D. Wiseman, (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

        **NONE**

Date: _____09/26/2016_____

        _____

        Attorney Bar Code: BG-2222