# O'TOOLE + O'TOOLE, PLLC

22 Valley Road
Katonah, New York 10536
Tel:    914.232.1511
Fax:   914.232.1599

Marianne T. O'Toole*
* admitted NY, NJ, DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 2 2016

280 Trumbull Street, 15th Floor
Hartford, Connecticut 06103
Tel: 860.519.5805
Fax: 860.519.5813

Andrew D. O'Toole**
** admitted NY, CT

November 1, 2016

SO ORDERED: 11/2/16

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Via ECF

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   Gloria D. Wiseman v. ING Groep, N.V., Voya Financial and ReliaStar
       Life Insurance Company of New York, No. 16-cv-07587-AJN

Dear Judge Nathan:

So Ordered {

Our Firm represents Voya Financial, Inc. and ReliaStar Life Insurance Company in the above-referenced action. We write with the consent of Plaintiff's counsel for an extension of time for Voya Financial, Inc. and ReliaStar Life Insurance Company to file their answer, move, or otherwise respond to the complaint from November 11, 2016[1] through and until December 12, 2016. This is our first request for an extension of time and is necessary so that we can review materials from our clients and prepare the necessary responsive pleading.

We thank the Court for its consideration of this request with the consent of Plaintiff's counsel to extend the time for Voya Financial Inc. and ReliaStar Life Insurance Company of New York for file their responsive pleading to the complaint until and through December 12, 2016.

Respectfully,

/s/ Andrew D. O'Toole
Andrew D. O'Toole

cc:   Via Email

Baruch S. Gottesman, Esq.
Aryeh Kaufman, Esq.
*Counsel for Plaintiff*

---

[1] Voya Financial, Inc. was served on October 21, 2016, and ReliaStar Life Insurance Company of New York was served on October 13, 2016.