AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Gloria Wiseman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:16-cv-07587-AJN |
| ReliaStar Life Insurance Co. of New York et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ReliaStar Life Insurance Co. of New York and Voya Financial, Inc.

Date: 11/23/2016

/s/ Michael T. Leigh
*Attorney's signature*

Michael T. Leigh (MT7472)
*Printed name and bar number*

Stites & Harbison PLLC
400 W. Market Street, Ste. 1800
Louisville, KY 40202-3352

*Address*

mleigh@stites.com
*E-mail address*

(502) 681-0583
*Telephone number*

(502) 779-9859
*FAX number*