UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA D. WISEMAN,<br><br>            PLAINTIFF,<br><br>v.<br><br>ING GROEP, N.V., VOYA FINANCIAL, INC., AND RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK,<br><br>            DEFENDANTS. | NO. 1:16-CV-07587 (AJN)<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for ReliaStar Life Insurance Company of New York, hereby states that it is a wholly owned subsidiary of ReliaStar Life Insurance Company, which in turn is a subsidiary of Voya Holdings, Inc., which in turn is a wholly owned subsidiary of Voya Financial, Inc., a publicly traded company that does not have a parent corporation, and no public corporation owns more than 10% of Voya Financial, Inc.'s stock.

                                              Respectfully submitted,

Dated: November 23, 2016
       Louisville, Kentucky

       /s/  Michael T. Leigh
Michael T. Leigh
Clark C. Johnson (*pro hac vice forthcoming*)
Jeffrey S. Moad (*pro hac vice forthcoming*)
Louisville, KY  40202-3352
Tel:     (502) 587-3400
Email:  mleigh@stites.com
        cjohnson@stites.com
        jmoad@stites.com

Andrew D. O'Toole
O'Toole + O'Toole PLLC
22 Valley Road
Katonah, NY  10536
Tel:     (914) 232.1511
Email: aotoole@otoolegroup.com

*Counsel for Voya Financial, Inc. and ReliaStar Life Insurance Company of New York*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2016 I served the foregoing document on all counsel of record through CM/ECF, and on the following by email:

Baruch S. Gottesman, Esq.
Horowitz & Rubenstein LLC
baruchesq@yahoo.com
*Counsel for Plaintiff*

Aryeh Kaufman, Esq.
Law Office of Aryeh Kaufman
aryeh@akaufmanlegal.com
aryehkaufmanesq@gmail.com
*Counsel for Plaintiff*

                                           /s/  Michael T. Leigh
                                    *Counsel for Voya Financial, Inc. and*
                                    *ReliaStar Life Insurance Company of New York*