UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA D. WISEMAN,<br><br>        PLAINTIFF,<br><br>v.<br><br>ING GROEP, N.V., VOYA FINANCIAL, INC., AND RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK,<br><br>        DEFENDANTS. | NO. 1:16-CV-07587 (AJN)<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT BY VOYA FINANCIAL, INC. |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, undersigned counsel for Voya Financial, Inc., hereby states that Voya Financial, Inc. is a publicly traded company that does not have a parent corporation, and no public corporation owns more than 10% of its stock.

                                                    Respectfully submitted,

Dated: November 23, 2016          /s/ Michael T. Leigh
       Louisville, Kentucky        Michael T. Leigh
                                   Clark C. Johnson (*pro hac vice forthcoming*)
                                   Jeffrey S. Moad (*pro hac vice forthcoming*)
                                   Louisville, KY  40202-3352
                                   Tel:   (502) 587-3400
                                   Email: mleigh@stites.com
                                          cjohnson@stites.com
                                          jmoad@stites.com

                                   Andrew D. O'Toole
                                   O'Toole + O'Toole PLLC
                                   22 Valley Road
                                   Katonah, NY  10536
                                   Tel:   (914) 232.1511
                                   Email: aotoole@otoolegroup.com

                                   *Counsel for Voya Financial, Inc. and*
                                   *ReliaStar Life Insurance Company of New York*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 23, 2016 I served the foregoing document on all counsel of record through CM/ECF, and on the following by email:

Baruch S. Gottesman, Esq.
Horowitz & Rubenstein LLC
baruchesq@yahoo.com
*Counsel for Plaintiff*

Aryeh Kaufman, Esq.
Law Office of Aryeh Kaufman
aryeh@akaufmanlegal.com
aryehkaufmanesq@gmail.com
*Counsel for Plaintiff*

                                                               /s/  Michael T. Leigh
                                           *Counsel for Voya Financial, Inc. and*
                                           *ReliaStar Life Insurance Company of New York*