UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA D. WISEMAN,<br><br>   PLAINTIFF,<br><br>v.<br><br>ING GROEP, N.V., VOYA FINANCIAL, INC., AND RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK,<br><br>   DEFENDANTS. | NO. 1:16-CV-07587 (AJN)<br><br>NOTICE OF MOTION TO DISMISS |

  PLEASE TAKE NOTICE that Defendants Voya Financial, Inc. and ReliaStar Life Insurance Company of New York, by undersigned counsel, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order dismissing with prejudice the Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other relief as may be proper. In support, Defendants Voya Financial, Inc. and ReliaStar Life Insurance Company of New York rely on the Complaint, and the Memorandum of Law and Declaration of Michael T. Leigh and exhibits attached thereto, filed concurrently herewith.

          (*Signature on next page.*)

                Respectfully submitted,

Dated: November 23, 2016    /s/  *Michael T. Leigh*
   Louisville, Kentucky   Michael T. Leigh
               Clark C. Johnson (*pro hac vice forthcoming*)
               Jeffrey S. Moad (*pro hac vice forthcoming*)
               Louisville, KY  40202-3352
               Tel: (502) 587-3400
               Email:  mleigh@stites.com
                  cjohnson@stites.com
                  jmoad@stites.com

               Andrew D. O'Toole
               O'Toole + O'Toole PLLC
               22 Valley Road
               Katonah, NY  10536
               Tel: (914) 232.1511
               Email: aotoole@otoolegroup.com

               *Counsel for Voya Financial, Inc. and*
               *ReliaStar Life Insurance Company of New York*

CERTIFICATE OF SERVICE

   I hereby certify that on November 23, 2016 I served the foregoing document on all counsel of record through CM/ECF, and on the following by email:

Baruch S. Gottesman, Esq.
Horowitz & Rubenstein LLC
baruchesq@yahoo.com
*Counsel for Plaintiff*

Aryeh Kaufman, Esq.
Law Office of Aryeh Kaufman
aryeh@akaufmanlegal.com
aryehkaufmanesq@gmail.com
*Counsel for Plaintiff*

             /s/ Michael T. Leigh
             *Counsel for Voya Financial, Inc. and*
             *ReliaStar Life Insurance Company of New York*