# Exhibit A

PAGE 1/2 ' RCVD AT 2/23/2015 12:11:26 PM [Eastern Standard Time] ' SVR:HEDFAX4520024 ' DNIS:660 ' CSID:Tmn-rst/hm-08/24 ' DURATION (mm-ss):00-26

Gloria D. Wiseman
69 Edgemont Place
Teaneck, NJ 07666

February 22, 2015

Ms. Angela LeClair-Cardinal
and Voya Staff Members
Voya Carrier Review I Voya Insurance Solutions
2000 21st Ave NW
Minot, ND 58703

Owner:    Gloria D Wiseman
Policy Number: NY0029960G
Insured(s):   Olga Wiseman

Dear Ms. LeClair-Cardinal and Staff Members:

Thank you for your response on February 19, 2015.

1.  I wish to know the Cash Surrender Value of the policy.

2.  As per our discussion the prior week, I requested to be sent a copy of the premium to date.

3.  Your proposal appears to be contrary to the terms in Mrs. Olga Wiseman's policy.
    As I pointed out in my discussion with you, giving you notice of the wish to exchange her policy,
    as per Mrs. Olga Wiseman's policy, it is written in the paragraph labelled EXCHANGE: "You
    may exchange this policy for a new policy. Such exchange may be to any plan of whole life." As
    I mentioned, my mother has a whole life policy. I am giving you written notice that we wish to
    exchange this policy, for a similar policy with no age expiration, same premiums or less.

With thanks for your understanding of this matter,

Sincerely, ,

Gloria D. Wiseman

PAGE 2/2 * RCVD AT 2/23/2015 12:14:26 PM [Eastern Standard Time] * SVR:HFDFAX1/5 * DNIS:960 * CSID:DURATION (mm-ss):00-35

<u>IMPORTANT</u>

TO: Ms Angela LeClair Cardinal
and VOYA Staff Members

From: Gloria Wiseman

Re: Olga Wiseman

Policy # NY 00299606

Pages: Cover +1