UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLORIA D. WISEMAN,<br><br>      PLAINTIFF,<br>v.<br><br>ING GROEP, N.V., VOYA FINANCIAL, INC., AND RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK,<br><br>      DEFENDANTS. | NO. 1:16-CV-07587 (AJN)<br><br>NOTICE OF MOTION TO DISMISS<br>FED. R. CIV. P. 12(b)(6) |

PLEASE TAKE NOTICE that Defendants Voya Financial, Inc. and ReliaStar Life Insurance Company of New York, by undersigned counsel, will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined by the Court, for an order dismissing with prejudice the Complaint for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), and granting such other relief as may be proper. In support, Defendants Voya Financial, Inc. and ReliaStar Life Insurance Company of New York rely on the Complaint, the First Amended Complaint, the Memorandum of Law, and Declaration of Michael T. Leigh and exhibits attached thereto, filed concurrently herewith.

(*Signature on next page.*)

Respectfully submitted,

Dated: January 17, 2017
     Louisville, Kentucky

/s/  Michael T. Leigh
Clark C. Johnson (*pro hac vice*)
Michael T. Leigh
Jeffrey S. Moad (*pro hac vice*)
Stites & Harbison PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Tel:     (502) 587-3400
Email:  cjohnson@stites.com
            mleigh@stites.com
            jmoad@stites.com

Andrew D. O'Toole
O'Toole + O'Toole PLLC
22 Valley Road
Katonah, NY  10536
Tel:    (914) 232.1511
Email: aotoole@otoolegroup.com

*Counsel for Voya Financial, Inc. and*
*ReliaStar Life Insurance Company of New York*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2016 I served the foregoing document on all counsel of record through CM/ECF, and on the following by email:

Baruch S. Gottesman, Esq.
Horowitz & Rubenstein LLC
baruchesq@yahoo.com
*Counsel for Plaintiff*

Aryeh Kaufman, Esq.
Law Office of Aryeh Kaufman
aryeh@akaufmanlegal.com
aryehkaufmanesq@gmail.com
*Counsel for Plaintiff*

                                          /s/ Michael T. Leigh
                                        *Counsel for Voya Financial, Inc. and*
                                        *ReliaStar Life Insurance Company of New York*