




Lincoln Security
Life Insurance Company
Route 312, Southeast Executive Park
Post Office Box 505
Brewster, New York 10509-0565

**129862**

**PART 1 OF AN APPLICATION FOR LIFE INSURANCE**

1.a. **OLGA** / **WISEMAN**
   Full First Name / Middle Name or Initial / Last Name
b. Date of Birth _____ Month Day Year    c. Age Nearest Birthday **70**   d. Sex **F**
e. Place of birth **HUNGARY**
   City   State   Country
f. Are you a U.S. Citizen? Yes ☒ No ☐
   If "No", give details under Question 12 Part II

Address _____ No. & Street
**NEW YORK, N.Y. 10033**
City   State   Zip Code

2.a. Home Phone # ( )

3.a. Plan of Insurance **U.L.**
(If Designer Life, complete questionnaire on back) (If Plan of Insurance contains premium adjustment provision, see Notice to Applicant below)
b. Face Amount Applied For: **100,000**
c. Optional Riders: ☐ Waiver of Premium
   ☐ Accidental Death Benefit $ _____ ($300,000 max)
   ☐ Other _____ Face Amount _____
d. How shall premiums be payable? ☐ Quarterly ☒ Annually ☐ Semi-Annually ☐ Pre-authorized Check Plan
e. Owner's Social Security Number _____
f. Is Automatic Premium Loan requested? Yes ☐ No ☐
   Premium Notices will be sent to Owner unless otherwise indicated under Question #12, Part II.
   NOTICE TO APPLICANT: The current premium for this Policy may be changed each year after the first, but it will not be greater than the premium that would otherwise be payable. The premium then charged is not guaranteed and the full maximum premium could be charged.

4.a. Primary Beneficiary   Relationship to Insured
   **JEFFREY WISEMAN**    **SON**
   **GLORIA WISEMAN**    **DAUGHTER**
   All Primary Beneficiaries who survive the Insured shall share equally unless otherwise indicated.
b. Contingent Beneficiary   Relationship to Insured
c. Owner   Relationship to Insured
   _____ No. and Street
   _____ City  State  Zip Code
   If no Owner is designated, the Insured shall be the owner.

5. Are you negotiating for other life insurance? Yes ☐ No ☒
   If "yes", please give full details in separate letter.
6. Do you intend the replacement or change of any of your existing life insurance policies or annuities in connection with this application for life insurance? Yes ☒ No ☐
   a. If "Yes", give company, amount and reason under Remarks
   b. If "No", propi. 3 Insured initials required ( _____ )
7.a. Name of employer: **RETIRED**
b. Nature of business: _____
c. Place of business: _____ No. & Street
   _____ City  State  Zip Code
d. Occupation _____ How long so employed _____
   Give exact duties _____
e. Are you presently working full time? Yes ☐ No ☐
8. Do you now or do you intend to fly as a pilot, student pilot or crew member or engage in any amateur or professional sports activity? Yes ☐ No ☒
   If "Yes", an Aviation/Avocation Questionnaire is required.
9. Do you intend any change of residence or travel outside the United States or Canada? Yes ☐ No ☒
   If "Yes", Foreign Travel or Residence Questionnaire is required.
10. Have you ever applied for any life, accident or health insurance which has not been granted exactly as applied for in kind, amount, or rate? Has any insurance issued to you been cancelled or its renewal or reinstatement refused? (If "Yes", give details under Question #12, Part II.) Yes ☐ No ☒
11.a. Have you smoked cigarettes in the past twelve months? Yes ☐ No ☒
    If "No", proposed insured's initials required ( **OW** )
b. Do you use Tobacco in any other form? Yes ☐ No ☒
   (If "Yes", give details under Question #12, Part II.)
12. What is the total amount of life insurance in force on your life? (Do not include Group policies.)

| Amount | Accidental Death Benefit | When Issued | Company |
|---|---|---|---|
| **NATIONAL BENEFIT** | | | **150,000** |

13. I have paid $ _____ to the agent or broker in exchange for the Conditional Receipt bearing the same number as this application, and I agree to the conditions.

I have read the above questions and answers. I affirm that they are complete and true to the best of my knowledge and belief. I agree that this application shall form a part of any policy issued; that no waiver or change shall bind the company unless it is in writing and signed by the President or a Vice President or a Secretary or an Assistant Secretary; and that no policy shall take effect unless, during the lifetime and continued insurability of the Proposed Insured, the agent has delivered the policy to the Owner, the Owner has accepted it, and the first premium for the policy has been paid, except that if the first premium has been paid and the Company's Conditional Receipt has been issued, the provisions of such Conditional Receipt shall apply. I understand that if, within the last year I have received any treatment or advice from a physician for tumor or cancer or any brain, heart, lung or kidney disorder, a Conditional Receipt may not be given and money may not be collected.

Dated at **NY** City & State  on **8/23** Month Day  19**91** Year

X **Olga Wiseman**
Signature of Proposed Insured

Licensed Resident Agent
_____ Witness

72068-4 NY    Signature of Applicant if other than Proposed Insured    6/1/89

**PERSONAL STATEMENT**

QUESTIONS MUST BE COMPLETED, SIGNED AND DATED BY THE PROPOSED INSURED

1. What is the purpose of this insurance? (e.g., Keyman, Stock Redemption, Buy and Sell, Creditor, Estate Liquidity, other)

2. Personal Finances:
   a. Total Assets $ __150,000 +__   b. Total Liabilities $ __0__   c. Net Worth $ __150,000 +__
   d. Earned Income $ _____   e. Unearned Income $ __20,000 +__

3. Business Finances (Complete *only* if this is business insurance.):
   a. Total Assets $ _____   b. Total Liabilities $ _____   c. Net Worth $ _____
   d. Net Profit After Taxes for Past Two Years $ _____ Last Year   $ _____ Previous Year

   e. What is your percentage ownership of this firm? _____
   f. Is there business insurance applied for or in force on other key members of this firm?   Yes ☐  No ☐
      If "Yes", provide details: _____

   g. Have you or your company ever filed for bankruptcy?   Yes ☐  No ☐
      If face amount applied for exceeds one million dollars, submit a copy of the business' most recent audited financial statment and/or annual report.

4. Have you had a moving violation, traffic accident or your license suspended or revoked within the last three years?   Yes ☐  No ☒
   If "Yes", include license number and state: _____

5. Except for traffic violations, have you ever been arrested?   Yes ☐  No ☒

6. Provide full details of affirmative answers to questions 3 (g) through 5.

   NO CASH EXCHANGE OPTION

   Date: 8/23/91   Signature of Proposed Insured: X Olga Wysemer

THE FOLLOWING QUESTIONS RELATE TO THE PROPOSED INSURED AND ARE TO BE ANSWERED FULLY BY THE AGENT OR BROKER OF RECORD.
Do you have knowledge or reason to believe that replacement of existing insurance may be involved?   Yes ☒  No ☐
Is spouse insured in favor of proposed insured?   Yes ☐  No ☒   If "Yes", for what amount? _____
In what companies? _____

List business associates or family members on whom applications are being submitted.

**REMARKS BY AGENT OR BROKER**
Additional Policy requested by Agent or Broker must be indicated in this space.

General Agent _____ (Signed) _____ Tucker ASOP Sunder writing (Print Name) _____ Code No. 326
First Writing Agent _____ (Signed) _____ Tucker (Print Name) _____ (Split %) _____ Code No. 041 OK M
Second Writing Agent _____ (Signed) _____ (Print Name) _____ (Split %) _____ Code No. _____

RECEIVED AUG 30 1991

TO BE COMPLETED BY GENERAL AGENT
Writing Agent's License for Lincoln Security is:
In force ☐  pending ☐  not required ☐

For Home Office use only.

AMOUNT _____
V# _____ E. Date _____
CK # _____ CK. Date _____
SND. _____

HOME OFFICE USE
Agent licensed in _____ State
G.A. Licensed in _____ State
New Agent no. Assigned
By _____
L&C Clerk
Date
D.E.O.

72068-4 NY    06/1/89

Lincoln Security
Life Insurance Company
Route 312, Southeast Executive Park
Post Office Box 505
Brewster, New York 10509-0505

 129862 

**NONMEDICAL PART II OF AN APPLICATION FOR LIFE INSURANCE**

**PROPOSED INSURED**

OLGA WISEMAN
Full First Name / Middle Name or Initial / Last Name

Date Of Birth _____ Sex F
Month Day Year

1.a. Name and address of your personal physician?
KENNETH PRAGER
161 FORT WASHINGTON AVE NYC

b. Date and reason last consulted? 4/91 CHECK UP

c. What advice and treatment was given or medication prescribed?
none

2. Have you ever been treated for or ever had any known indication of:
a. Disorder of eyes, ears, nose or throat? Yes ☐ No ☒
b. Dizziness, fainting, convulsions, headache, speech defect, paralysis, or stroke; mental or nervous disorder? Yes ☐ No ☒
c. Shortness of breath, persistent hoarseness or cough, blood spitting, asthma, emphysema, tuberculosis or chronic respiratory disorder? Yes ☐ No ☒
d. Chest pain, palpitations; high blood pressure; heart murmur, heart attack, or other disorder of the heart or blood vessels? Yes ☐ No ☒
e. Jaundice, intestinal bleeding, ulcer, hernia, hepatitis, colitis, diverticulitis, recurrent indigestion, or other disorder of the stomach, intestine, liver, or gall bladder? Yes ☐ No ☒
f. Sugar, albumin, blood or pus in urine, venereal disease; nephritis, stone, or other disorder of kidney, bladder, prostate or reproductive organs? Yes ☐ No ☒
g. Diabetes, thyroid, or other endocrine disorder? Yes ☐ No ☒
h. [redacted]
i. Deformity lameness or amputation? Yes ☐ No ☒
j. Disorder of skin, lymph glands, cyst, tumor, or cancer? Yes ☐ No ☒
k. Allergies; anemia or other disorder of the blood? Yes ☐ No ☒

3. To the best of your knowledge or belief: Have you ever been diagnosed or treated for Acquired Immune Deficiency Syndrome (AIDS) or Aids Related Complex ("ARC") by a member of the medical profession? Yes ☐ No ☒
(If "Yes", give details in Question 12.)

4.a. Have you used or do you now use barbituates, amphetamines, hallucinogenic drugs (including marijuana), narcotics, or any prescription drug except in accordance with a physician's instruction? Yes ☐ No ☒
b. Have you ever received counseling, advice or treatment regarding the use of alcohol or drugs? Yes ☐ No ☒

5. Are you now under observation or taking treatment? Yes ☐ No ☐
6. Other than items 1,2,3,4 & 5, have you within the past 5 years:
a. Had any mental or physical disorder not listed above? Yes ☐ No ☒
b. Had a checkup, consultation, medical advice, illness, injury or surgery? Yes ☐ No ☒
c. Been a patient in a hospital, clinic, sanitarium, or other medical facility? Yes ☐ No ☒
d. Had an electrocardiogram, x-ray, or other diagnostic test? Yes ☒ No ☐
e. Been advised to have any diagnositc test, hospitalization, or surgery which was not completed? Yes ☐ No ☒
7. Have you ever had military service deferment, rejection, or discharge because of a physical or mental condition? Yes ☐ No ☒
8. Have you ever requested or received a pension, benefits, or payment because of an injury, sickness, or disability? Yes ☐ No ☒

9. FAMILY HISTORY:

| | Age if Living | Age at Death | Current Health Problems or Cause of Death |
|---|---|---|---|
| Father | | 78 | WAR |
| Mother | | 82 | OLD AGE |
| Brothers | 63, 78 | | |
| Sisters | 65, 69 | | |

10.a. Have you ever had any disorder of menstruation, pregnancy, or the female organs or breasts? Yes ☐ No ☒
b. To the best of your knowledge are you now pregnant? (If yes, give expected date of delivery). Yes ☐ No ☒

11. Height 5'5" Weight 140

12. DETAILS OF "YES" ANSWERS:
(Identify question. Give dates, diagnosis, details and treatment plus names and addresses of all attending physicians and medical facilities.)
[redacted]

I have read the statements and answers to the above questions. I affirm that they are complete and true to the best of my knowledge and belief. I agree that this application shall form a part of any policy issued. I waive to such extent as may be lawful all provisions of law that would forbid the disclosure of any information about me by: 1) any physician or other person who may attend or examine me in the future. I waive this on behalf of myself. I also waive this on behalf of any other person who shall have or claim to have an interest in any policy issued on my life.

Dated at New York NY City State on 8/23 19 91
Month Day Year

Signature of Proposed Insured X Olga Wiseman

Signature of Witness ____

72068-4 NY    6/1/92

**Lincoln Security**

Lincoln Security
Life Insurance Company
Route 312, Southeast Executive Park
Post Office Box 585
Brewster, New York 10509-0585
An affiliate of Lincoln National Corporation

**Part II of an Application for Life Insurance**

PROPOSED INSURED:

Olga _____ Wiseman
Full First Name | Middle Name or Initial | Last Name

Date of Birth: [redacted] Sex: F

1.a. Name and address of your personal physician?
Dr. Kenneth Prager
New York City, NY

b. Date and reason last consulted?
Checkup - 5/91

c. What advice and treatment was given or medication prescribed?
None.

2. Have you ever been treated for or ever had any known indication of:
   a. Disorder of eyes, ears, nose or throat? Yes ☐ No ☑
   b. Dizziness, fainting, convulsions, headache, speech defect, paralysis, or stroke; mental or nervous disorder? Yes ☐ No ☑
   c. Shortness of breath, persistent hoarseness or cough, blood spitting; asthma, emphysema, tuberculosis, or chronic respiratory disorder? Yes ☐ No ☑
   d. Chest pain, palpitations; high blood pressure; heart murmur, heart attack, or other disorder of the heart or blood vessels? Yes ☐ No ☑
   e. Jaundice, intestinal bleeding, ulcer, hernia, hepatitis, colitis, diverticulitis, recurrent indigestion, or other disorder of the stomach, intestine, liver, or gall bladder? Yes ☐ No ☑
   f. Sugar, albumin, blood or pus in urine, venereal disease; nephritis, stone, or other disorder of kidney, bladder, prostate or reproductive organs? Yes ☐ No ☑
   g. Diabetes, thyroid, or other endocrine disorder? Yes ☐ No ☑
   h. Neuritis, sciatica, rheumatism; arthritis, gout, or disorder of the muscles or bones? Yes ☐ No ☑
   i. Deformity, lameness, or amputation? Yes ☐ No ☑
   j. Disorder of skin, lymph glands, cyst, tumor, or cancer? Yes ☐ No ☑
   k. Allergies; anemia or other disorder of the blood? Yes ☐ No ☑

3. To the best of your knowledge or belief: Have you ever been diagnosed or treated for Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex ("ARC") by a member of the medical profession? Yes ☐ No ☑

4.a. Have you ever used or do you now use barbiturates, amphetamines, hallucinogenic drugs (including marijuana), narcotics, or any prescription drug except in accordance with a physician's instruction? Yes ☐ No ☑
   b. Have you ever received counselling, advice, or treatment regarding the use of alcohol or drugs? Yes ☐ No ☑

5. Are you now under observation or taking treatment? Yes ☐ No ☑

6. Other than items 1, 2, 3, 4 & 5, have you within the past 5 years:
   a. Had any mental or physical disorder not listed? Yes ☐ No ☑
   b. Had a checkup, consultation, medical advice, illness, injury or surgery? Yes ☐ No ☑
   c. Been a patient in a hospital, clinic, sanitarium, or other medical facility? Yes ☐ No ☑
   d. Had an electrocardiogram, x-ray, or other diagnostic test? Yes ☑ No ☐
   e. Been advised to have any diagnostic test, hospitalization, or surgery which was not completed? Yes ☐ No ☑

7. Have you ever had military service deferment, rejection, or discharge because of a physical or mental condition? Yes ☐ No ☑

8. Have you ever requested or received a pension, benefits, or payment because of an injury, sickness, or disability? Yes ☐ No ☑

9. FAMILY HISTORY:

| | Age if Living | Age at Death | Current Health Problems or Cause of Death |
|---|---|---|---|
| Father | | ? | Killed in concentration camp |
| Mother | 72 | 79 | Doesn't know |
| Brothers | 78 | | |
| Sisters | 76, 74 | | |

10. a. Have you ever had any disorder of menstruation, pregnancy, or the female organs or breasts? Yes ☐ No ☑
    b. To the best of your knowledge are you now pregnant? (If yes, give expected date of delivery). Yes ☐ No ☑

DETAILS OF 'YES' ANSWERS:
(Identify question. Give dates, diagnosis, details, and treatment plus names and addresses of all attending physicians and medical facilities.)

[redacted]

I have read the statements and answers to the above questions. I affirm that they are complete and true to the best of my knowledge and belief. I agree that this application shall form a part of any policy issued. I waive to such extent as may be lawful all provisions of law that would forbid the disclosure of any information about me by: any physician or other person who may attend or examine me in the future. I waive this on behalf of myself. I also waive this on behalf of any other person who shall have or claim to have an interest in any policy issued on my life.

Dated at New York City, NY on 8 / 1 / 19 91

Signature of Proposed Insured: Olga Wiseman

Signature of Witness: Lorye Minter, M.D.
Lorye Minter

72105-3NY                                                                 2/1/89

AGE/SEX: 70/FEMALE/PREF NONSMOKER  
AGENT: MURRAY ZUCKER  

DESIGN 1  
SPECIFIED AMOUNT: $300,000  

1035 DEPOSIT: $31,070.00

| END OF YEAR | AGE | ANNUALIZED PREMIUM | CURRENT 8.75% | | | PROJECTED 8.00% | | | GUARANTEED 4.50% | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | ACCUM VALUE | SURR VALUE | DEATH BENEFIT | ACCUM VALUE | SURR VALUE | DEATH BENEFIT | ACCUM VALUE | SURR VALUE | DEATH BENEFIT |
| 1 | 71 | 0 | 29,498 | 16,007 | 300,000 | 29,286 | 15,795 | 300,000 | 28,295 | 14,804 | 300,000 |
| 2 | 72 | 4,000 | 33,380 | 21,302 | 300,000 | 32,908 | 20,830 | 300,000 | 27,033 | 14,955 | 300,000 |
| 3 | 73 | 4,000 | 37,545 | 26,790 | 300,000 | 36,761 | 26,006 | 300,000 | 24,937 | 14,182 | 300,000 |
| 4 | 74 | 4,000 | 41,894 | 32,369 | 300,000 | 40,738 | 31,213 | 300,000 | 21,769 | 12,244 | 300,000 |
| 5 | 75 | 4,000 | 46,293 | 37,911 | 300,000 | 44,697 | 36,315 | 300,000 | 17,263 | 8,881 | 300,000 |
| TOTAL 5 | | 16,000 | | | | | | | | | |
| 6 | 76 | 4,000 | 50,950 | 43,627 | 300,000 | 48,838 | 41,515 | 300,000 | 11,125 | 3,802 | 300,000 |
| 7 | 77 | 4,000 | 55,866 | 49,518 | 300,000 | 53,153 | 46,805 | 300,000 | 3,035 | 0 | 300,000 |
| 8 | 78 | 4,000 | 60,866 | 55,409 | 300,000 | 57,454 | 51,997 | 300,000 | INSUFFICIENT PREMIUMS | | |
| 9 | 79 | 4,000 | 65,916 | 61,275 | 300,000 | 61,694 | 57,053 | 300,000 | | | |
| 10 | 80 | 4,000 | 71,044 | 67,141 | 300,000 | 65,884 | 61,981 | 300,000 | | | |
| TOTAL 10 | | 36,000 | | | | | | | | | |
| 11 | 81 | 4,000 | 76,194 | 72,957 | 300,000 | 69,949 | 66,712 | 300,000 | | | |
| 12 | 82 | 4,000 | 81,308 | 81,308 | 300,000 | 73,811 | 73,811 | 300,000 | | | |
| 13 | 83 | 4,000 | 86,331 | 86,331 | 300,000 | 77,386 | 77,386 | 300,000 | | | |
| 14 | 84 | 4,000 | 91,230 | 91,230 | 300,000 | 80,608 | 80,608 | 300,000 | | | |
| 15 | 85 | 4,000 | 95,947 | 95,947 | 300,000 | 83,378 | 83,378 | 300,000 | | | |
| TOTAL 15 | | 56,000 | | | | | | | | | |
| 16 | 86 | 4,000 | 100,495 | 100,495 | 300,000 | 85,664 | 85,664 | 300,000 | | | |
| 17 | 87 | 4,000 | 104,737 | 104,737 | 300,000 | 87,263 | 87,263 | 300,000 | | | |
| 18 | 88 | 4,000 | 108,550 | 108,550 | 300,000 | 87,971 | 87,971 | 300,000 | | | |
| 19 | 89 | 4,000 | 111,817 | 111,817 | 300,000 | 87,569 | 87,569 | 300,000 | | | |
| 20 | 90 | 4,000 | 114,568 | 114,568 | 300,000 | 85,980 | 85,980 | 300,000 | | | |
| TOTAL 20 | | 76,000 | | | | | | | | | |
| AGE 80 | | 36,000 | 71,044 | 67,141 | 300,000 | 65,884 | 61,981 | 300,000 | INSUFFICIENT PREMIUMS | | |
| AGE 85 | | 56,000 | 95,947 | 95,947 | 300,000 | 83,378 | 83,378 | 300,000 | | | |
| AGE 90 | | 76,000 | 114,568 | 114,568 | 300,000 | 85,980 | 85,980 | 300,000 | | | |
| AGE 92 | | 84,000 | 118,848 | 118,848 | 300,000 | 79,080 | 79,080 | 300,000 | | | |
| AGE 94 | | 92,000 | 121,021 | 121,021 | 300,000 | 65,440 | 65,440 | 300,000 | | | |

| | | | |
|---|---|---|---|
| SURR/NET 10 YR: | 7.52/24.46 | 8.82/24.46 | NA/NA |
| COST PYMT 20 YR: | 9.23/20.23 | 11.97/20.23 | NA/NA |

Our current interest rate is 8.75%. Current values are illustrative only and assume the current rate is credited to all accumulated values. Guaranteed rate is 4.50%. These projections may change with variations in the current interest rates, mortality assumptions, and the timing and amount of premium payments and withdrawals.

Based upon current interpretation, the premium payments illustrated in the first seven years comply with the requirements of the Technical and Miscellaneous Revenue Act of 1988. This compliance is for premium only and does not take into consideration any material changes to the contract.

| | | | | | |
|---|---|---|---|---|---|
| V10.0 | NP : 4021.00 | TAMRA : 24245.08 | DP : 12525.00 | | |
| PAGE 1 OF 2 | GSP: 152823.12 | | GLP: 17452.81 | | PREPARED 8/23/91 |

AGE/SEX: 70/FEMALE/PREF NONSMOKER  DESIGN 1  1035 DEPOSIT: $31,070.00
AGENT: MURRAY ZUCKER  SPECIFIED AMOUNT: $300,000

|  |  |  | CURRENT 8.75% |  |  | PROJECTED 8.00% |  |  | GUARANTEED 4.50% |  |
|---|---|---|---|---|---|---|---|---|---|---|
| END OF YEAR | AGE | ANNUALIZED PREMIUM | ACCUM VALUE | SURR VALUE | DEATH BENEFIT | ACCUM VALUE | SURR VALUE | DEATH BENEFIT | ACCUM VALUE | SURR VALUE | DEATH BENEFIT |
| 21 | 91 | 4,000 | 116,896 | 116,896 | 300,000 | 83,182 | 83,182 | 300,000 |  |  |  |
| 22 | 92 | 4,000 | 118,848 | 118,848 | 300,000 | 79,080 | 79,080 | 300,000 |  |  |  |
| 23 | 93 | 4,000 | 120,358 | 120,358 | 300,000 | 73,411 | 73,411 | 300,000 |  |  |  |
| 24 | 94 | 4,000 | 121,021 | 121,021 | 300,000 | 65,440 | 65,440 | 300,000 |  |  |  |
| 25 | 95 | 4,000 | 120,310 | 120,310 | 300,000 | 54,167 | 54,167 | 300,000 |  |  |  |
| TOTAL 25 |  | 96,000 |  |  |  |  |  |  |  |  |  |
| AGE 80 |  | 36,000 | 71,044 | 67,141 | 300,000 | 65,884 | 61,981 | 300,000 | INSUFFICIENT PREMIUMS |  |  |
| AGE 85 |  | 56,000 | 95,947 | 95,947 | 300,000 | 83,378 | 83,378 | 300,000 |  |  |  |
| AGE 90 |  | 76,000 | 114,568 | 114,568 | 300,000 | 85,980 | 85,980 | 300,000 |  |  |  |
| AGE 92 |  | 84,000 | 118,848 | 118,848 | 300,000 | 79,080 | 79,080 | 300,000 |  |  |  |
| AGE 94 |  | 92,000 | 121,021 | 121,021 | 300,000 | 65,440 | 65,440 | 300,000 |  |  |  |

SURR/NET    10 YR:    7.52/24.46        8.82/24.46        NA/NA
COST PYMT   20 YR:    9.23/20.23       11.97/20.23        NA/NA

Our current interest rate is 8.75%. Current values are illustrative only and assume the current rate is credited to all accumulated values. Guaranteed rate is 4.50%. These projections may change with variations in the current interest rates, mortality assumptions, and the timing and amount of premium payments and withdrawals.

Based upon current interpretation, the premium payments illustrated in the first seven years comply with the requirements of the Technical and Miscellaneous Revenue Act of 1988. This compliance is for premium only and does not take into consideration any material changes to the contract.

V10.0           MP : 4021.00    TAMRA : 24245.08    DP : 12525.00
PAGE 2 OF 2     GSP: 152823.12                      GLP: 17452.81           PREPARED 8/23/91

EXHIBIT A

COMPARISON STATEMENT

Name of Applicant __OLGA WISEMAN__

Address _____ __NYC__ ____ __10033__
      Street           City         State  Zip Code

Name of Insured if Other Than Applicant _____

Date of Birth of Insured _____

1. COMPARATIVE INFORMATION

| Item | +Existing Life Insurance | Proposed Life Insurance |
|---|---|---|
| Policy Number | ① 5171 ② 65711 ③ 1521N | |
| Insurance Company | NAT. BENEFIT LIFE | LINCOLN SECURITY |
| Amount of Basic Insurance: | | |
| Currently | $ 150,000 | $ 150,000 |
| 10 Years Hence | $ 150,000 | $ 150,000 |
| 20 Years Hence | $ 150,000 | $ 150,000 |
| At Age 65 | $ 150,000 | $ 150,000 |
| Basic Plan of Insurance | U.L. | U.L. |
| Present Amount of Term Rider(s) | | $ — |
| Issue Age | ① 64 ② 65 ③ 64 | 70 |
| Issue Date | ① 10/15/85 ② 2/4/87 ③ 2/4/86 | 1991 |

| Premium for: | Prem. | Yr. Prem. Payable to | Year Coverage Ceases | Prem. | Yr. Prem. Payable to | Year Cover. Ceases |
|---|---|---|---|---|---|---|
| Basic Policy | $ 4,000 | Aug 95 | 95 | $ 4,000 | 95 | 95 |
| *Accidental Death Benefit | | | | | | |
| *Waiver of Premium Benefit | TOTAL PREMIUM Till Age 95 | | | TOTAL PREMIUM Till Age 95 | | |
| *Disability Income Benefit | | 130,526 | | 100,500 | | |
| Family Income or Increased Protection Rider | | | | | | |
| Option to Purchase Additional Insurance | | | | | | |
| Other Benefits (Explain) | | | | | | |
| Total Current Premium | $ 4,000 | | | $ 4,000 | | |

Frequency of Premium Payment __Annually__

* If Premium For Benefits: (A) is not separable from basic policy premium, insert "Included in Basic Policy Premium," or (B) is an aggregate premium, show the aggregate premium.

70804-0 NY                                                              9-21-72

Page 2-

• If more than one existing life insurance policy is to be affected by a transaction included within the definition of a replacement contained in Section 3 of the Regulation, (1) the existing life insurance column of a separate signed Comparison Statement form must be completed for each such policy providing the information required by the form with respect to existing policies, and (2) a separate signed Comparison Statement form must be completed for the proposed policy. The latter form must summarize, to the extent possible, the information concerning the existing policies set forth on the separate forms, and must include the information required in Sections 2 through 5 of the Comparison Statement.

| Tabular Cash Values: | +Existing Life Insurance | Proposed Life Insurance |
|---|---|---|
| At Present | $ 31,070 | $ 28,337 |
| 1 Year Hence | 35,962 | 35,040 |
| 5 Years Hence | 57,736 | 58,227 |
| 10 Years Hence | 88,135 | 111,122 |
| At age 95 (Highest age shown in Cash Value Table of existing policy) | $ 230,196 | $ 500,472 |
| Cash Value of any existing Dividend Additions or Accumulations (if available from applicant | $ — | $ |
| Amount of Loan Now Outstanding, if any | $ — | $ |
| Amount of Annual Loan Interest | $ — | $ |
| Date Contestable Period Expires | EXPIRED | 8/93 |
| Date Suicide Clause Expires | EXPIRED | 8/93 |

Dividends**

Is Policy Participating?
Annual Dividend
   (current scale)
   1 year hence
   2 years hence
   5 years hence
   10 years hence
Total 10 years       $ _____        $ _____

2. Advantages of Continuing the Existing Life Insurance:

   No Contestable Period

3. Advantages of the Proposed Replacement of the Existing Life Insurance:

   Higher Cash Values    Lower Costs

70804-0 NY

Page 3-

4. Additional Information:

   (A) The Existing Life Insurance Cannot Fulfill Your Intended Objectives for the Following Reason(s):

   *Low Cash Values for Premium Paid*

   (B) Under the Proposal, the Existing Life Insurance Policy Will Be Treated as Follows:

   *1035 Exchange — Terminated*

5. The Primary Reason for the Proposed Replacement of the Existing Life Insurance by New Insurance is as Follows:

   *Lower Cost Higher Values*

   _4/21/91_ _____          _____
   Date                                Signature of Agent

                                       _____
                                       Address

** Dividends are based on the 19___ dividend scale. The dividends shown are not to be construed as guarantees or estimates of dividends to be paid in the future. Dividends depend on mortality experience, investment earnings and other factors, and are determined each year in the sole discretion of the Company's board of directors.

The Agent is responsible for furnishing required dividend information. It is recommended that he obtain this for the policy being replaced from the Company issuing the original insurance. As an alternative, however, he may show dividends on closest comparable policy, amount, age and duration from current statistical manuals (interpolating where necessary). It is to be recognized that dividend information under this alternative method with respect to existing insurance is not likely to be as accurate as dividend information obtained directly from the Company issuing the original insurance.

Source of dividend information used: _____

I hereby acknowledge that I received the above "Comparison Statement" and the "Notice to Applicants Regarding Replacement of Life Insurance" before I signed the application for the proposed new insurance.

_____          X *Olga Wiscure*
Date                      Signature of Applicant

70804-0 NY