**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                     |

**GLORIA D. WISEMAN**              |     Civil Action No. <u>1:16-CV-07587</u>
                     |

        Plaintiff,            |

                     |     **Affirmation of Baruch S. Gottesman, Esq.**

    *~ against ~*          |
                     |

**ING GROEP, N.V., VOYA FINANCIAL;** and  |
**RELIASTAR LIFE INSURANCE COMPANY**  |
**OF NEW YORK;**              |
                     |

        Defendants        |
                     |

-------------------------------------------------------------x

**AFFIRMATION IN SUPPORT BY BARUCH S. GOTTESMAN, ESQ.**
**OF THE MEMORANDUM OF LAW IN OPPOSITION TO**
**DEFENDANTS VOYA FINANCIAL, INC. AND**
**RELIASTAR LIFE INSURANCE COMPANY OF NEW YORK'S**
<u>**MOTION TO DISMISS**</u>

      **BARUCH S. GOTTESMAN, ESQ.**, an attorney duly admitted to practice in the

this Court and counsel for Plaintiff in this matter affirms the following upon information and

belief.

      1.     The Memorandum of Law in Opposition to Defendants Voya Financial,

Inc. and ReliaStar Life Insurance Company of New York's Motion to Dismiss cites the case of:

*Tetelbaum v. Traveler's Companies, Inc.*, Index #12-21101, 2013 N.Y. Slip. Op. 32961 (S.Ct.

Suffolk Co. Aug. 22, 2013) (Mayer, Justice Peter H.) (U).

      2.     After diligent review, the undersigned was unable to find this decision in

either Westlaw and LEXIS, and therefore as a courtesy to counsel and this Court, enclosed

please find as Exhibit A a full copy of the decision, which is also available online at

http://scholar.google.com/scholar_case?case=7068226038624880061 (last checked Feb. 6, 2017).

The original decision can also be downloaded from http://cases.justia.com/new-york/other-courts/2013-ny-slip-op-32961-u.pdf (last checked February 6, 2017).

AT: Fresh Meadows, NY

Date: February 6, 2017

RESPECTFULLY SUBMITTED,

Baruch S. Gottesman, Esq.
HOROWITZ AND RUBENSTEIN LLC
185-12 Union Turnpike
Fresh Meadows, NY 11366
*Attorney for Plaintiff*