

400 West Market Street
Suite 1800
Louisville, KY 40202-3352
(502) 587-3400
(502) 587-6391 FAX

Michael T. Leigh
(502) 681-0583
(502) 779-9859 FAX
mleigh@stites.com

April 18, 2017

**VIA ECF**

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY  10007

    RE: *Wiseman v. ING Groep, N.V. et al.* **(16-cv-7587-AJN)**
       **Individual Practice in Civil Cases No. 3(H) –**
       **Notice of No Scheduled Argument or Decision for 60 Days**

Dear Judge Nathan:

This firm represents Defendants Reliastar Life Insurance Company of New York, Voya Financial, Inc., and ING Groep, N.V. in this case. As required by the Court's Individual Practice in Civil Cases No. 3(H), Defendants submit this letter to alert the Court that their respective Motions to Dismiss the Amended Complaint, (ECF Nos. 32 & 39), have been fully briefed for 60 days with no decision by the Court.

              Respectfully submitted,

              Michael T. Leigh

cc:  Counsel of Record (via ECF notification)