| KAPLAN JOHNSON ABATE & BIRD LLP | MICHAEL T. LEIGH<br>(502) 434-4243<br>mleigh@kplouisville.com |
|---|---|

**SO ORDERED:**

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Via ECF

March 7, 2018

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The post-discovery conference in this matter is adjourned to May 25, 2018 at 3:30 p.m. SO ORDERED.

Re:   *Gloria D. Wiseman v. RLNY Life Insurance Company of New York*, No. 1:16-cv-7587

Dear Judge Nathan,

On behalf of Defendant ReliaStar Life Insurance Company of New York, I write with consent of Plaintiff to seek adjournment of the case management conference currently scheduled for May 4, 2018 due to scheduling conflicts. Counsel for the parties have conferred, and all counsel are available on the following dates for a conference: May 1, 8, 9, 10, or 11. This is our first request for an adjournment.

Respectfully submitted,

/s/ Michael T. Leigh

Michael T. Leigh

cc:   Counsel of record (via ECF)

